UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MAC A. FLEMING, GAIL A. MEISEL,
JOHN M. PESTA, ERNEST L. TORSKE,

        Plaintiffs,

Case No. 2:08-cv-11457
Hon. Gerald E. Rosen
Mag. Judge Virginia M. Morgan

v.

BROTHERHOOD OF MAINTENANCE OF
WAY EMPLOYES DIVISION OF THE
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, and BROTHERHOOD OF THE
MAINTENANCE OF WAY EMPLOYES
DIVISION PENSION PLAN,

        Defendants.

## PARTIAL SATISFACTION OF JUDGMENT

With respect to the Judgment entered by this Court on April 29, 2010, with respect to the amounts set forth in the Judgment as they relate to Plaintiffs Mac A. Fleming, Gail A. Meisel, John M. Pesta, and Ernest L. Torske, these individuals hereby acknowledge satisfaction of those amounts.

The issues regarding attorneys' fees and costs are not covered within this Partial Satisfaction of Judgment.

Respectfully submitted,

Dated: May 17, 2010        By:     /s/ David A. Rhem
David A. Rhem P38037
Varnum, Riddering, Schmidt & Howlett LLP
Attorneys for Plaintiffs
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6629
darhem@varnumlaw.com

3449815_1.DOC